Edward V. Slauson, as Trustee in Bankruptcy of Salvator Brewing Company, Bankrupt, Appellant, v. Adolph Woehlkins, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the grounds: *First*, that it does not appear that any notice of the motion was given to the alleged claimant (*Bullowa* v. *Provident Life & Trust Co.*, 125 App. Div. 545); *second*, that if the party added as defendant has any claim, it is not for the debt or property which is the subject-matter of this action, but only a claim in equity against the plaintiff when he shall have collected such debt (*Hanna* v. *Manufacturers' Trust Co.*, 104 id. 90); and *third*, that the motion papers fail to disclose a reasonable demand made without collusion (*Boskowitz* v. *Boskowitz*, 124 id. 849; *St. John* v. *Union Mutual Life Ins. Co.*, 132 id. 515). Woodward, Jenks, Burr and Thomas, JJ., concurred; Hirschberg, P. J., dissented.

Staten Island Supply Company, Respondent, v. Nathan Light, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Edward Stember, Respondent, v. Albert Wiener, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ.

Charles R. Thomas, Respondent, v. John H. Springer, Appellant.— Order modified by requirement that the plaintiff should pay all costs and disbursements in the action, and ten dollars costs of the motion, and as so modified affirmed, without costs. (See *Thomas* v. *Springer*, decided herewith, *ante*, p. 678.) Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred

Eva A. Vescelius, Respondent, v. Alfred Reynolds and Others, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Joseph Vettorino and Barto Nordone, Respondents, v. William Adams, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Charles G. Willoughby, Respondent, v. Dana A. Patten, Appellant.— Orders of the County Court of Kings county reversed, with ten dollars costs and disbursements, upon the ground that they are improperly based in part upon conduct during examination subsequent to the motion, that such conduct does not justify the punishment, and that the evidence that the creditor's rights and remedies were prejudiced does not warrant the fine imposed. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Charles W. Young, Jr., Respondent, v. Henry Schwartz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirchberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.